**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Hill, Leona | 2/8/1958 | NC | Western District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 2. | Hill, KarenLyne | 5/20/1964 | NY | Eastern District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |
| 3. | Hill, Chelsea | 7/22/1989 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 4. | Hill, Pamela R. | 11/12/1959 | CA | Southern District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 5. | Hoag, Rebecca | 10/20/1969 | OH | Southern District of Ohio | No | Yes | No | Thyroid Disease | Counts I-XI |
| 6. | Hobensack, Tanner J | 11/30/1982 | OR | District of Oregon | No | Yes | No | Kidney Cancer, Liver Cancer | Counts I-XI |
| 7. | Hoffman, David | 5/25/1965 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 8. | Honsowetz, Chris | 7/13/1976 | OR | District of Oregon | No | Yes | No | Testicular Cancer, and Ulcerative Colitis | Counts I-XI |
| 9. | Hoover, Kyle | 9/23/1981 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 10. | Hopper, Stephanie | 10/19/1987 | WA | Western District of Washington | No | Yes | No | Liver Cancer | Counts I-XI |
| 11. | Horn, Charles | 2/26/1983 | TX | Western District of Texas | No | Yes | No | Testicular Cancer | Counts I-XI |
| 12. | Horvath-Hopper, Vicki | 7/18/1959 | FL | Southern District of Florida | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 13. | Hosein, Jewell | 6/10/1983 | MO | Eastern District of Missouri | No | Yes | No | Thyroid Disease | Counts I-XI |
| 14. | Hoskinson, Floyd | 8/30/1948 | FL | Southern District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 15. | Hough, Matthew | 3/27/1973 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 16. | Hough, Kathleen | 2/2/1964 | WA | Western District of Washington | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 17. | Housewright, Cindy | 4/6/1972 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 18. | Huggins, James W. | 6/8/1948 | SC | District of South Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 19. | Hughes, Dana | 12/9/1969 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 20. | Ingham, Michael | 11/28/1987 | NY | Eastern District of New York | No | Yes | No | Thyroid Disease | Counts I-XI |
| 21. | Jacobs, Kerry | 5/21/1972 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 22. | James, Deidra | 9/21/1973 | AL | Middle District of Alabama | No | Yes | No | Thyroid Disease | Counts I-XI |
| 23. | James, Curtis P. | 12/22/1946 | KY | Western District of Kentucky | No | Yes | No | Thyroid Disease | Counts I-XI |
| 24. | Jankowski, Bryan | 8/16/1970 | MI | Eastern District of Michigan | No | Yes | No | Testicular Cancer | Counts I-XI |
| 25. | Jaramillo, Raymond | 10/9/1961 | NM | District of New Mexico | No | Yes | No | Testicular Cancer | Counts I-XI |
| 26. | Jenkins, Jessica | 11/5/1980 | IN | Northern District of Indiana | No | Yes | No | Thyroid Disease | Counts I-XI |
| 27. | Jernigan, John | 12/6/1956 | AL | Middle District of Alabama | No | Yes | No | Kidney Cancer | Counts I-XI |
| 28. | Johnson, Jennifer | 3/2/1977 | IL | Northern District of Illinois | No | Yes | No | Thyroid Disease | Counts I-XI |
| 29. | Johnson, Tyrone | 8/5/1962 | CA | Southern District of California | No | Yes | No | Liver Cancer | Counts I-XI |
| 30. | Johnson, Neil | 8/30/1975 | MT | District of Montana | No | Yes | No | Testicular Cancer | Counts I-XI |
| 31. | Johnson, Patricia | 7/27/1960 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 32. | Johnson, Calvin | 4/10/1962 | GA | Middle District of Georgia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 33. | Jones, Amber | 9/18/1977 | OH | Southern District of Ohio | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 34. | Jones, Stephanie | 1/19/1970 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 35. | Jones, Thomas R. | 10/22/1934 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-XI |
| 36. | Jones, Tim | 11/10/1978 | SC | District of South Carolina | No | Yes | No | Testicular Cancer | Counts I-XI |
| 37. | Jones, Carolyn | 3/22/1964 | SC | District of South Carolina | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 38. | Jones, Summer | 8/4/1979 | AR | Eastern District of Arkansas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 39. | Jones, Yvonna | 11/19/1954 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 40. | Jones, Jason | 3/4/1983 | MS | Northern District of Mississippi | No | Yes | No | Kidney Cancer | Counts I-XI |
| 41. | Jones, Terri | 11/27/1971 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 42. | Jones, Jr, Jerry | 9/12/1977 | NC | Western District of North Carolina | No | Yes | No | Testicular Cancer | Counts I-XI |
| 43. | Jordan, Deborah | 4/27/1958 | MD | District of Maryland | No | Yes | No | Thyroid Disease | Counts I-XI |
| 44. | Joseph, Joey | 6/29/1969 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 45. | Joseph, Emmanuel | 12/24/1962 | NY | Eastern District of New York | No | Yes | No | Liver Cancer | Counts I-XI |
| 46. | Joyce, Joseph | 11/12/1952 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 47. | Kane-Huacuja, Cindy As Representative of the Estate of Kane, Ada J. | 4/2/1934 | MI | Eastern District of Michigan | No | Yes | No | Thyroid Disease | Counts I-XI |
| 48. | Kearse, Paul | 4/6/1958 | NC | Western District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 49. | Keastead, Mikayla | 4/26/1998 | VA | Eastern District of Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 50. | Kemp, Michael | 5/10/1987 | AR | Eastern District of Arkansas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 51. | Kennedy, Susan | 11/5/1972 | FL | Southern District of Florida | No | Yes | No | Thyroid Cancer, Thyroid Disease | Counts I-XI |
| 52. | Kensinger, Misha | 11/23/1991 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 53. | Kern, Terrence | 11/12/1956 | IA | Southern District of Iowa | No | Yes | No | Kidney Cancer | Counts I-XI |
| 54. | Kil-Myers, Tamara | 2/3/1953 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 55. | King, Leo | 4/14/1961 | FL | Southern District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 56. | King, Eric | 10/17/1981 | WA | Western District of Washington | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 57. | Knight, Lary | 1/16/1949 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 58. | Kolnicki, Zakary | 9/15/1997 | FL | Southern District of Florida | No | Yes | No | Testicular Cancer, and Thyroid Disease | Counts I-XI |
| 59. | Konopasky, Peter | 3/17/1991 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 60. | Korn, Julie | 12/19/1958 | WI | Eastern District of Wisconsin | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 61. | Kovacevic, Natasa | 8/13/1948 | MA | District of Massachusetts | No | Yes | No | Thyroid Disease | Counts I-XI |
| 62. | Kreamer, Rebecca | 4/22/1956 | KY | Western District of Kentucky | No | Yes | No | Thyroid Disease | Counts I-XI |
| 63. | Kreklow, Cory | 12/11/1986 | WI | Eastern District of Wisconsin | No | Yes | No | Thyroid Disease | Counts I-XI |
| 64. | Krizak, Keith | 1/3/1961 | CO | District of Colorado | No | Yes | No | Thyroid Disease | Counts I-XI |
| 65. | Krohn, Cyndie | 1/14/1958 | WA | Western District of Washington | No | Yes | No | Thyroid Cancer, Thyroid Disease | Counts I-XI |
| 66. | Krueger, Sherry | 12/10/1970 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 67. | Lacroix, Michael | 12/19/1951 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 68. | Lamle, Robyn | 5/28/1962 | IN | Northern District of Indiana | No | Yes | No | Thyroid Disease | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 69. | Laramie, David | 3/7/1978 | VA | Eastern District of Virginia | No | Yes | No | Thyroid Cancer, Thyroid Disease | Counts I-XI |
| 70. | Larsen, Tatiana | 12/26/1985 | KS | District of Kansas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 71. | Lasalle, Isabella | 2/11/2002 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 72. | Lassoff-Bourgeois, Jenelle | 12/3/1997 | CA | Southern District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 73. | Laube, Noel | 12/24/1975 | NY | Eastern District of New York | No | Yes | No | Thyroid Disease | Counts I-XI |
| 74. | Legorreta, Hazel | 2/25/1964 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 75. | Leon, Andrea | 12/13/1992 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 76. | Lewis, Teya | 4/3/1982 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 77. | Linder, Albert | 11/28/1939 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 78. | Littlejohn, Tanisha C | 10/31/1977 | CA | Southern District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 79. | Locke, Bobby | 4/7/1947 | AL | Middle District of Alabama | No | Yes | No | Kidney Cancer | Counts I-XI |
| 80. | Lofton, David | 5/6/1961 | MI | Eastern District of Michigan | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 81. | Lopez, Edwen | 5/23/1957 | CA | Southern District of California | No | Yes | No | Liver Cancer | Counts I-XI |
| 82. | Madan, Alvin | 9/18/1987 | MI | Eastern District of Michigan | No | Yes | No | Thyroid Disease | Counts I-XI |
| 83. | Malanga, Shavon | 9/6/1982 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 84. | Malenosky, Samantha | 3/10/1981 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-XI |
| 85. | Mann, Montana R | 12/19/2003 | NY | Eastern District of New York | No | Yes | No | Thyroid Disease | Counts I-XI |
| 86. | Maple, James | 4/20/1959 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 87. | Markwell, Mary | 3/31/1963 | MS | Northern District of Mississippi | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 88. | Martin, Steven | 12/20/1988 | PA | Eastern District of Pennsylvania | No | Yes | No | Testicular Cancer | Counts I-XI |
| 89. | Martin, Peggy | 7/9/1958 | GA | Middle District of Georgia | No | Yes | No | Kidney Cancer | Counts I-XI |
| 90. | Martinez, Osvaldo | 10/18/1977 | TX | Western District of Texas | No | Yes | No | Liver Cancer | Counts I-XI |
| 91. | Martinez, Madeleine | 7/13/1994 | CA | Southern District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 92. | Matthews, Larry | 8/22/1977 | MO | Eastern District of Missouri | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 93. | Mattson, Natasha | 12/7/1993 | UT | District of Utah | No | Yes | No | Thyroid Disease | Counts I-XI |
| 94. | Maynard, Leslie | 1/29/1976 | NC | Western District of North Carolina | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 95. | Mazzola, Melissa | 7/25/1974 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 96. | McBride, Zollie | 1/28/1981 | AL | Middle District of Alabama | No | Yes | No | Kidney Cancer | Counts I-XI |
| 97. | McCraw, Thomas | 5/9/1972 | LA | Eastern District of Louisiana | No | Yes | No | Liver Cancer | Counts I-XI |
| 98. | McCue, June | 6/21/1966 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 99. | McCurdy, Jeffery | 8/11/1966 | AL | Middle District of Alabama | No | Yes | No | Kidney Cancer | Counts I-XI |
| 100. | McDonald, Xavier | 5/14/1965 | MS | Northern District of Mississippi | No | Yes | No | Thyroid Cancer, Thyroid Disease | Counts I-XI |
| 101. | McFadden, Russell K | 4/10/1973 | TN | Western District of Tennessee | No | Yes | No | Kidney Cancer | Counts I-XI |
| 102. | Decormier, Heather As Representative of the Estate of McFarland, Michael | 10/16/1983 | MI | Eastern District of Michigan | No | Yes | No | Testicular Cancer | Counts I-XI |
| 103. | Mclemore, Amber | 12/14/1987 | WV | Northern District of West Virginia | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 104. | Mcneil, Devlin | 12/20/1978 | IN | Northern District of Indiana | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 105. | McNimery, Cheryl | 1/17/1960 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 106. | McNutt, Stephanie | 3/21/1987 | CA | Southern District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 107. | Medders, Timothy | 6/25/1965 | SC | District of South Carolina | No | Yes | No | Testicular Cancer | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 108. | Medina, Jorge | 2/12/1957 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 109. | Mendoza, Hilda | 6/14/1976 | CA | Southern District of California | No | Yes | No | Thyroid Cancer, Thyroid Disease | Counts I-XI |
| 110. | Merisier, Jean | 2/22/1956 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Disease | Counts I-XI |
| 111. | Metsch, Jamie | 3/15/1980 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 112. | Mick, Mary | 10/6/1952 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer | Counts I-XI |
| 113. | Milam, Amanda | 6/14/1993 | TN | Western District of Tennessee | No | Yes | No | Thyroid Disease | Counts I-XI |
| 114. | Miller, Lisa | 11/18/1967 | OH | Southern District of Ohio | No | Yes | No | Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 115. | Minus, Shante | 8/9/1986 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Disease | Counts I-XI |
| 116. | Moe, Dennis | 8/12/1958 | ND | District of North Dakota | No | Yes | No | Kidney Cancer | Counts I-XI |
| 117. | Montgomery, Zayliyah | 8/4/2003 | CO | District of Colorado | No | Yes | No | Thyroid Disease | Counts I-XI |
| 118. | Montonye, Jason | 1/24/1974 | MN | District of Minnesota | No | Yes | No | Kidney Cancer | Counts I-XI |
| 119. | Morris, Sharenna | 7/15/1971 | CT | District of Connecticut | No | Yes | No | Kidney Cancer, Thyroid Cancer | Counts I-XI |
| 120. | Morris, Katherine | 11/18/1970 | MO | Eastern District of Missouri | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 121. | Morrow, Trina | 1/27/1967 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I-XI |
| 122. | Mullen, Angela | 9/4/1980 | MI | Eastern District of Michigan | No | Yes | No | Thyroid Disease | Counts I-XI |
| 123. | Mullen, Walter | 7/14/1975 | WV | Northern District of West Virginia | No | Yes | No | Testicular Cancer | Counts I-XI |
| 124. | Munoz, Abra | 1/9/1983 | CO | District of Colorado | No | Yes | No | Thyroid Disease | Counts I-XI |
| 125. | Murphy, Jerry | 1/19/1977 | MI | Eastern District of Michigan | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 126. | Myers, Cory E. | 12/30/1987 | IL | Northern District of Illinois | No | Yes | No | Testicular Cancer | Counts I-XI |
| 127. | Myers, Renae | 6/7/1982 | IN | Northern District of Indiana | No | Yes | No | Thyroid Disease | Counts I-XI |
| 128. | Nash, Angel | 4/7/1994 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Disease | Counts I-XI |
| 129. | Navarro, Andres | 3/21/1996 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 130. | Neeley, Terry | 6/1/1964 | AL | Middle District of Alabama | No | Yes | No | Testicular Cancer | Counts I-XI |
| 131. | Neilsen, Norman | 9/21/1957 | SC | District of South Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 132. | Nelson, Geneva | 3/27/1960 | MS | Northern District of Mississippi | No | Yes | No | Liver Cancer | Counts I-XI |
| 133. | Newton, Stacey | 5/6/1964 | CO | District of Colorado | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 134. | Nichols, Teresa | 10/26/1962 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 135. | Niper, Jr, John V | 10/12/1950 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 136. | Noble, Roger | 12/11/1972 | KY | Western District of Kentucky | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 137. | Nolan, Aaron | 9/21/1987 | MN | District of Minnesota | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 138. | Norton, Robert | 11/30/1950 | WA | Western District of Washington | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 139. | Nugent, Michael | 7/14/1943 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 140. | Oconnor, Judy | 7/1/1958 | MS | Northern District of Mississippi | No | Yes | No | Thyroid Disease | Counts I-XI |
| 141. | Olds-Barnes, Lisa | 11/6/1970 | TX | Western District of Texas | No | Yes | No | Liver Cancer, and Thyroid Disease | Counts I-XI |
| 142. | Olsen, Darin | 5/18/1966 | IA | Southern District of Iowa | No | Yes | No | Kidney Cancer | Counts I-XI |
| 143. | Ouellette, Sadie | 12/11/1977 | WA | Western District of Washington | No | Yes | No | Thyroid Disease | Counts I-XI |
| 144. | Owings, Dawnette | 10/29/1960 | OR | District of Oregon | No | Yes | No | Kidney Cancer | Counts I-XI |

| 145. | Palmitessa, Dominic | 1/4/1959 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 146. | Panorias, Jacqueline | 1/21/1966 | TN | Western District of Tennessee | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 147. | Pant, Leroy | 10/4/1971 | FL | Southern District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 148. | Parrish, Stacy Y | 4/28/1983 | AL | Middle District of Alabama | No | Yes | No | Kidney Cancer | Counts I-XI |
| 149. | Parsons, George | 10/4/1958 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 150. | Pasch, Ronald | 12/29/1961 | CO | District of Colorado | No | Yes | No | Thyroid Disease | Counts I-XI |